UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| VLADISLAV TOLMACHEV #A249-375-590 | CASE NO. 25-cv-045 SEC P |
| -vs- | JUDGE DRELL |
| ALEJANDRO MAYORKAS ET AL | MAGISTRATE JUDGE PEREZ-MONTES |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 17), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition is DISMISSED for lack of jurisdiction.

THUS DONE AND SIGNED at Alexandria, Louisiana this 29th day of September 2025.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT